# MEMORANDUM DECISIONS

BREWER v. STATE. (No. 6638.) (Court of Criminal Appeals of Texas. Feb. 8, 1922.) Appeal from District Court, Titus County; R. T. Wilkinson, Judge. J. W. Brewer was convicted of burglary, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for burglary, with punishment assessed at two years' confinement in the penitentiary. The record is before us without statement of facts or bills of exception. No errors are apparent which would make it incumbent upon this court to order a reversal, and the judgment of the trial court is affirmed.

---

BROADHURST v. STATE. (No. 6768.) (Court of Criminal Appeals of Texas. Feb. 8, 1922.) Appeal from District Court, Bexar County; W. W. Walling, Special Judge. William H. Broadhurst was convicted of theft, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for theft; punishment fixed at confinement in the penitentiary for two years. The indictment is regular, and in the record there is found neither bill of exceptions nor statement of facts. The judgment is affirmed.

---

COUNTS v. STATE. (No. 6637.) (Court of Criminal Appeals of Texas. Feb. 8, 1922.) Appeal from District Court, Titus County; R. T. Wilkinson, Judge. John Counts was convicted of the unlawful manufacture of intoxicating liquor, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The indictment is regular. We find neither statement of facts nor authenticated bill of exceptions. The judgment is affirmed.

DAINES v. STATE. (No. 6667.) (Court of Criminal Appeals of Texas. Feb. 15, 1922.) Appeal from Criminal District Court, Bowie County; P. A. Turner, Judge. Charlie Daines was convicted of theft of property of less than $50 in value, and appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

HAWKINS, J. Conviction is for theft of property of less than $50 in value. Punishment was assessed at a fine of $25 and 10 days in the county jail. No bills of exception or statement of facts appears in the record. The proceedings on their face are regular, and the judgment of the trial court will be affirmed.

---

LANE v. STATE. (No. 6681.) (Court of Criminal Appeals of Texas. Feb. 15, 1922.) Appeal from District Court, Stephens County; C. O. Hamlin, Judge. Tom Lane was convicted of robbery, and he appeals. Affirmed. See, also, 236 S. W. 1118. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. The conviction is for robbery. The indictment is regular; no fundamental error is revealed. There is neither statement of facts nor bill of exceptions. The judgment is therefore affirmed.

---

MOSSER v. STATE. (No. 6701.) (Court of Criminal Appeals of Texas. Feb. 22, 1922.) Appeal from Criminal District Court, Dallas County; Robert B. Seay, Judge. William Mosser was convicted of burglary, and he appeals. Affirmed. R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Conviction is for burglary; punishment fixed at confinement in the penitentiary for a period of two years. The record fails to disclose either bill of exceptions, statement of facts, or fundamental error. The judgment is affirmed.